IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

JOHN MICHAEL DAISY                          §

VS.                                         §       CIVIL ACTION NO.   1:04cv632

DIRECTOR, TDCJ-CID                          §

## FINAL JUDGMENT

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding,

and, the issues having been duly considered and a decision having been rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DISMISSED**.

All motions not previously ruled on are hereby **DENIED**.

**SIGNED** this the 21 day of **June, 2005.**


Thad Heartfield
United States District Judge